NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

AFFINITYLIFESTYLES.COM, INC. ,
                Debtor(s)

BK−21−14099−nmc
CHAPTER 7

Adversary Proceeding: 23−01106−nmc

UNITED NATURAL FOODS WEST, INC.
UNITED NATURAL FOODS, INC.,
                Plaintiff(s)

vs

REAL WATER, INC.
AFFINITYLIFESTYLES.COM, INC.
REAL WATER OF TENNESSEE, LLC
SENTINEL INSURANCE COMPANY, LIMITED
GREAT AMERICAN INSURANCE GROUP
PEERLESS INDEMNITY INSURANCE COMPANY
WEST AMERICAN INSURANCE COMPANY
OHIO SECURITY INSURANCE COMPANY
                Defendant(s)

SUMMONS AND
NOTICE OF SCHEDULING
CONFERENCE IN AN ADVERSARY
PROCEEDING

Hearing Date:  October 5, 2023
Hearing Time:  9:30 am

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of the Clerk:

                Clerk, U.S. Bankruptcy Court
                300 Las Vegas Blvd., South
                Las Vegas, NV 89101

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| ANTHONY W. AUSTIN<br>FENNEMORE CRAIG<br>2394 E. CAMELBACK RD., STE 600<br>PHOENIX, AZ 85016<br>(602) 916 5347 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | October 5, 2023 |
| Hearing Time: | 9:30 am |
| Hearing Phone Number: | (669) 254–5252 |
| Hearing Meeting ID: | 161 166 2815 |
| Hearing Passcode: | 115788 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: June 26, 2023

*Mary A Schott*

Mary A. Schott
Clerk of Court

| Attorney or Party without Attorney:<br>Anthony W. Austin, Esq. (SBN 10850)<br>Fennemore Craig, P.C.<br>9275 W Russell Rd Suite 240<br>Las Vegas, NV 89148<br>Telephone No: (702) 692-8000<br>Attorney For: Plaintiffs United Natural Foods West, Inc. and United Natural Foods, Inc. | Ref. No. or File No.:<br>057067.0001 | | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | | | |
| Plaintiff: UNITED NATURAL FOODS WEST, INC., et al.<br>Defendant: REAL WATER, INC., et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>BK-S-21-14099-NMC |

**Adv. Pro. 23-01106-nmc**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING; COMPLAINT FOR DECLARATORY RELIEF; ADVERSARY COMPLAINT PACKET; UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA ADVERSARY PROCEEDING PROCEDURES; STANDARD DISCOVERY PLAN OR REQUEST FOR WAIVER OF FILING DISCOVERY PLAN

3. a. Party served: SENTINEL INSURANCE COMPANY, LIMITED,
   b. Person served: Gary Scappini - Manager, CT Corporation System, a person of suitable age and discretion, authorized to accept at the below listed address.

4. Address where the party was served: 67 Burnside Ave , EAST HARTFORD , CT 06108

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 10 2023 (2) at: 12:00 PM

6. **Person Who Served Papers:**
   a. Christine Foran
   b. **FIRST LEGAL**
   NEVADA PI/PS LICENSE 1452
   2920 N. GREEN VALLEY PARKWAY, SUITE 514
   HENDERSON, NV 89014
   c. (702) 671-4002

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7.12.2023

(Date)          (Signature)



PROOF OF SERVICE

9143233
(55219444)