NVB 5011 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>AFFINITYLIFESTYLES.COM, INC. ,<br>                    Debtor(s) | BK−21−14099−nmc<br>CHAPTER 7<br><br>Adversary Proceeding:           23−01106−nmc |
| UNITED NATURAL FOODS WEST, INC.<br>UNITED NATURAL FOODS, INC.,<br>                    Plaintiff(s)<br><br>vs<br><br>REAL WATER, INC.<br>AFFINITYLIFESTYLES.COM, INC.<br>REAL WATER OF TENNESSEE, LLC<br>SENTINEL INSURANCE COMPANY, LIMITED<br>GREAT AMERICAN INSURANCE GROUP<br>PEERLESS INDEMNITY INSURANCE COMPANY<br>WEST AMERICAN INSURANCE COMPANY<br>OHIO SECURITY INSURANCE COMPANY<br>                    Defendant(s) | AMENDED TRANSMITTAL OF<br>MOTION OF WITHDRAWAL OF<br>THE REFERENCE |
| SENTINEL INSURANCE COMPANY LIMITED, A<br>CONNECTICUT COMPANY<br>                    Movant(s)<br><br>vs<br><br>to be determined<br>                    Respondent(s) | |

To:     U.S. District Court
        Lloyd D. George U.S. Courthouse,
        333 Las Vegas Boulevard South,
        Las Vegas, NV 89101

Withdrawal of Reference Filed in the Same Bankruptcy Case                    23−cv−00756−GMN
or in a Related ADV Case

Movant(s) and Respondent(s) are to file all matters relating to the Motion to Withdraw the Reference with the Clerk of the District Court. All documents relating to other matters in this case shall continue to be filed with the Clerk of the Bankruptcy Court.

Dated: 8/11/23

*Mary A Schott*

Mary A. Schott
Clerk of Court