FENNEMORE CRAIG, P.C.
Anthony W. Austin, Esq., NV Bar No. 10850
Kendall M. Lovell, Esq., NV Bar No. 15590
9275 W. Russell Rds., Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: aaustin@fennemorelaw.com
Email: klovell@fennemorelaw.com

*Attorneys for Plaintiffs United Natural Foods West, Inc. and United Natural Foods, Inc.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-21-14099-NMC |
| AFFINITY LIFESTYLES.COM, INC., | Chapter 7 |
| Debtor | Adv. Pro. No. 23-01106-NMC |
| UNITED NATURAL FOODS WEST, INC. and UNITED NATURAL FOODS, INC., | Hon. Natalie M. Cox |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT SENTINEL INSURANCE COMPANY, LIMITED UNDER FED R. CIV. P. 41(a)(1)** |
| REAL WATER, INC., AFFINITY LIFESTYLES.COM, INC., REAL WATER OF TENNESSEE, LLC, SENTINEL INSURANCE COMPANY, LIMITED, GREAT AMERICAN INSURANCE GROUP, PEERLESS INDEMNITY INSURANCE COMPANY, WEST AMERICAN INSURANCE COMPANY, and OHIO SECURITY INSURANCE COMPANY, | Hon. Natalie M. Cox |
| Defendants. | |

Plaintiffs United Natural Foods, Inc., and United Natural Foods West, Inc. (together, "UNFI"), by and through counsel, hereby submit this notice of voluntary dismissal ("Notice of Dismissal") of UNFI's action (the "Action") against Defendant Sentinel Insurance Company, Limited ("Sentinel") in the above-captioned adversary proceeding ("AVP"). This Notice of

1

Dismissal is submitted in accordance with the terms of a confidential settlement by and between UNFI and Sentinel.

Because Sentinel has not filed an answer or motion for summary judgment in this AVP, UNFI is permitted to voluntarily dismiss its Action against Sentinel without order of this Court by filing a notice of dismissal under Fed. R. Civ. P. 41(a)(1).[1]  Effective upon filing of this Notice of Dismissal, UNFI's Action against Sentinel is hereby DISMISSED WITH PREJUDICE.  This Notice of Dismissal affects only UNFI's Action against Sentinel and is without prejudice to claims UNFI has asserted against other defendants in this AVP, as well as its claims under the policy at issue in the adversary proceeding styled *National Union Fire Insurance Company of Pittsburgh, Pa. v. Affinitylifestyles.Com, Inc.*, AVP Case No. 23-01131 (Bankr. D. Nev).

DATED:  May 6, 2024

Respectfully submitted,

By: /s/ *Anthony Austin*
Anthony W. Austin, Esq.,  NV Bar No. 10850
Kendall M. Lovell, Esq., NV Bar No. 15590
9275 W. Russell Rds., Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: aaustin@fennemorelaw.com
Email: klovell@fennemorelaw.com
*Attorneys for Plaintiffs United Natural Foods West, Inc. and United Natural Foods, Inc*

---

[1] Fed. R. Civ. P. 41 is made applicable in this AVP under Fed. R. Bankr. P. 7041.

2

48698510.1

**CERTIFICATE OF SERVICE**

I hereby certify this document filed through the ECF system was (1) sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), (2) was sent by email to Xheni Ristani at xristani@wshblaw.com and Matthew Zirzow at mzirzow@lawnv.com; and (3) was sent by first-class mail to the following parties on May 6, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Gidget Kelsey

Affinitylifestyles.com, Inc.
1180 Center Point Dr.
Henderson, NV 89074

Real Water, Inc.
1180 Center Point Drive
Henderson, NV 89074

3

48698510.1